United States Courts
Southern District of Texas
FILED
March 26, 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | H- 4:24-cr-151 |
| HUNTER RYAN DERNEHL and | § | |
| KATHLEEN IRENE BROWN | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
**(Conspiracy to Possess with Intent to Distribute a Controlled Substance)**

On or about early to mid-January 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

**HUNTER RYAN DERNEHL and KATHLEEN IRENE BROWN,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(viii).

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

ALAMAR S. HAMDANI
UNITED STATES ATTORNEY

*Shelley J. Sullivan*
By: SHELLEY J. SULLIVAN
Assistant United States Attorney

1